THURSTON COUNTY SHERIFF

2023 JAN -4  RECEIVED

**State of Minnesota**  
County: **Hennepin**

Judicial District: **Fourth**  
Court File Number:  
Case Type: **Civil**

**District Court**

Plaintiff: **Whitney March-Ladd**

vs

Defendant: **Amazon.com Services LLC**

**Civil Summons**

---

This Summons is directed to (name of Defendant):

**Amazon.com Services LLC**

1. **You are being sued.** The Plaintiff has started a lawsuit against you. The *Complaint* is attached to this *Summons*. Do not throw these papers away. They are official papers that start a lawsuit and affect your legal rights, even if nothing has been filed with the court and even if there is no court file number on this *Summons*.

2. **You must BOTH reply, in writing, AND get a copy of your reply to the person/business who is suing you within 21 days to protect your rights.** Your reply is called an *Answer*. Getting your reply to the Plaintiff is called service. You must serve a copy of your *Answer or Answer and Counterclaim* (Answer) within 21 days from the date you received the *Summons* and *Complaint*.

   ANSWER: You can find the *Answer* form and instructions on the MN Judicial Branch website at www.mncourts.gov/forms under the "Civil" category. The instructions will explain in detail how to fill out the *Answer* form.

3. **You must respond to each claim.** The *Answer* is your written response to the Plaintiff's *Complaint*. In your *Answer* you must state whether you agree or disagree with each paragraph of the *Complaint*. If you think the Plaintiff should not be given everything they asked for in the *Complaint*, you must say that in your *Answer*.

4. **SERVICE: You may lose your case if you do not send a written response to the Plaintiff.** If you do not serve a written *Answer* within 21 days, you may lose this case by default.

---

You will not get to tell your side of the story. If you choose not to respond, the Plaintiff may be awarded everything they asked for in their *Complaint*. If you agree with the claims stated in the *Complaint*, you don't need to respond. A default judgment can than be entered against you for what the Plaintiff asked for in the *Complaint*.

To protect your rights, you must serve a copy of your *Answer* on the person who signed this *Summons* in person or by mail at this address:

_____

5. Carefully read the Instructions (CIV301) for the *Answer* for your next steps.

6. **Legal Assistance.** You may wish to get legal help from an attorney. If you do not have an attorney and would like legal help:

- Visit www.mncourts.gov/selfhelp and click on the "Legal Advice Clinics" tab to get more information about legal clinics in each Minnesota county.

- Court Administration may have information about places where you can get legal assistance.

**NOTE: Even if you cannot get legal help, you must still serve a written *Answer* to protect your rights or you may lose the case.**

7. **Alternative Dispute Resolution (ADR).** The parties may agree to or be ordered to participate in an ADR process under Rule 114 of the Minnesota Rules of Practice. You must still serve your written *Answer*, even if you expect to use ADR.

12/30/2022
Date

Signature: *Whitney ML*

Name: WHitney March-Ladd
Address: 3333 Nicollet Ave, unit A
City, State, Zip: Minneapolis MN 55408
Telephone: 763 334 1774
E-mail: whitneymarch@ymail.com

# State of Minnesota

| County |
|---|
| HENNEPIN |

Judicial District: Fourth
Court File Number:
Case Type: Civil

THURSTON COUNTY
District Court

2023 JAN -4 AM 10: 12

RECEIVED

| Whitney March-Ladd |
|---|
| Plaintiff |

vs

| Amazon.com Services LLC |
|---|
| Defendant |

## Civil Complaint

The Plaintiff makes the following complaints against the Defendant:

If you have more than 1 complaint against Defendant, list each complaint separately, including any supporting facts.

1. I currently reside at 3333 Nicollet Ave, Unit A Minneapolis MN 55408 and my name is Whitney March-Ladd the plaintiff in this case.

2. The Registered Agent representing Amazon.com Services LLC the defendant in this case for Minnesota address is Corporation Service Company MC-CSC1 300 Deschutes Way SW Suite 208 Tumwater WA 98501.

3. Racially discriminated and retaliated against which includes being let go from a position I was due to start.

4. I was sent threatening and alarming emails; fraudulent documents were created, and I was lied to several times from the H.R reps when trying to resolve what was going on.

5. For any other relief the court feels is fair and equitable.

Based on the complaints above, Plaintiff demands the following relief:

1. I'm seeking Emotional Distress of $500,000 (Five Hundred Thousand Dollars).

2. I'm also asking for the court to order the defendant to pay Compensatory and Punitive Damages of $2,500,000 (Two Million Five Hundred Thousand Dollars).

3. Minn. Stat. 363A.08, subd.2. and Minn. Stat. 363A.33.

4. _____
   _____
   _____

*Add another page if more space is needed. Do not use the back of the paper.*

## ACKNOWLEDGMENT

By presenting this form to the court, I certify that to the best of my knowledge, information, and belief, the following statements are true. I understand that if a statement is not true, the court can order a penalty against me (such as to pay money to the other party, pay court costs, and/or other penalties).

1. The information I included in this form is based on facts and supported by existing law.

2. I am not presenting this form for any improper purpose. I am not using this form to:
   a. Harass anyone;
   b. Cause unnecessary delay in the case; or
   c. Needlessly increase the cost of litigation.

3. No judicial officer has said I am a frivolous litigant.

4. There is no court order saying I cannot serve or file this form.

5. This form does not contain any "restricted identifiers" or confidential information as defined in Rule 11 of the General Rules of Practice (https://www.revisor.mn.gov/court_rules/gp/id/11/) or the Rules of Public Access to Records of the Judicial Branch (https://www.revisor.mn.gov/court_rules/rule/ra-toh/).

6. If I need to file "restricted identifiers," confidential information, or a confidential document, I will use Form 11.1 and/or Form 11.2, as required by Rule 11.

12/30/2022
Date

Signature: *[signature] Whitney ML*

Name: WHitney march-Ladd
Address: 3333 Nicollet Ave, unit A
City, State, Zip: Minneapolis, MN 55408
Telephone: 763 334 1774
E-mail: Whitneymarch@ymail.com